No. 11–9770. MABIE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–9810. SIMMONS v. BRAVERMAN. Ct. App. Mich. Certiorari denied.

No. 11–9820. RHODES v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–9833. THOMAS v. RITZ CONDOMINIUM ASSN., INC. Super. Ct. N. J., App. Div. Certiorari denied.

No. 11–9836. GLISSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–9840. WELLS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–9841. QUINTANA SOLORIO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–9849. NARVAEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–9853. LAEKE v. COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 11–9880. COUSIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–9901. ZAKARIA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–9911. ORSO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–9930. MITCHELL v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 11–9948. ODENBAUGH v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 11–9951. REYNOLDS v. QUEENS COUNTY BOARD OF ELECTIONS ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.